AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

CALVIN STEPHENS, STANLEY EDWARD HAYES, III;
and all others similarly situated,
                Plaintiffs,

v.

CITY OF SPOKANE, and SPOKANIMAL C.A.R.E., a Washington Non-Profit Corporation,
                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-119-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants pursuant to the Order Granting Defendants' Motion for Summary Judgment, Denying Plaintiffs' Motion for Summary Judgment and Denying Plaintiff's Motion to Certify Class entered on October 25, 2007 (Ct. Rec 74).

October 25, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas